AO 245D (Rev. AO 09/11-CAN 07/14) Judgment in Criminal Case of Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| Luis Alfonso Cabrera | ) USDC Case Number: CR-7-00141-001 JF |
| Louis Alfonso Cabrera, Louis Al Cabrera, Louis Alphonso Cabrera, Louis Sr Cabrer, Louis Cabrera, Jr, Luis Alfredo Cabrera, Louis Alfonso Cabrira | ) BOP Case Number: DCAN57CR00141-001 |
| | ) USM Number: 10643-111 |
| | ) Defendant's Attorney: Cynthia Lie |

**FILED**
AUG 2 1 2014
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s): <u>Charge One</u> of the term of supervision.

[ ] was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Not commit another federal, state or local crime | November 22, 2010 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] The defendant has not violated condition(s) <u>Charge Two</u> and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9477

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
San Jose, California

8/20/2014
Date of Imposition of Judgment

*Lucy H. Koh* (signature)
Signature of Judge

The Honorable Lucy H. Koh
United States District Judge
Name & Title of Judge

Date 8/21/14
Date Signed

AO 245B (Rev. AO 09/11-CAN 10/13) Judgment in Criminal Case

DEFENDANT: Luis Alfonso Cabrera  
CASE NUMBER: CR-7-00141-001 JF

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Time Served. No term of supervised release to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL